**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ABELARDO ARGUMEDO RAMIREZ,<br><br>    Defendants.<br>_____ | Case No. EDCV 10-00121 VAP<br>                EDCR 09-00196 VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: April 28, 2010

                                        _____<br>
                                        VIRGINIA A. PHILLIPS<br>
                                        United States District Judge